## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT AKRON

| | |
|---|---|
| IN RE: | CASE NO. 19-51436 |
| CHRISTOPHER A. TSONTON | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor | JUDGE ALAN M. KOSCHIK |
| | MOTION FOR AUTHORITY TO COMPROMISE CONTROVERSY |

Now comes Harold A. Corzin, Trustee, by and through his attorney, and hereby moves the court for an order authorizing and empowering the trustee to compromise the controversy existing between the estate of the debtor, Christopher A. Tsonton, and Grayton Road Properties, Inc. and, for cause, states as follows:

1. That Harold A. Corzin, Trustee did commence an investigation into the financial affairs of the debtor, Christopher A. Tsonton, and determined that said Christopher A. Tsonton was the holder of 35 membership units of Moore Road LLC which was subject to a security interest held by Grayton Road Properties, Inc. to secure an obligation owing to it of $75,000. Such membership units constituted 35% of the issued and outstanding units of Moore Road LLC. Moore Road LLC, in turn, is the owner of approximately 75.68 acres which is zoned commercial and located on Moore Road in Avon Lake, Ohio. The Lorain County Auditor has the property valued at $1,703,710.00. It is currently delinquent in the payment of its taxes in the approximate amount of $400,000. In addition, the property has been listed for sale since 2014 at various asking prices in the $800,000.00 to $1,100,000.00 range without receiving any offers. Finally, the membership units are subject to cash calls that are currently in the amount of approximately $200,000.

2. The trustee's investigation determined that the original perfection of the security interest in the membership units was accomplished by a filing with the Secretary of State of Ohio and by apparent possession of the membership units. The filing elapsed and, within 90 days preceding the filing of the bankruptcy petition, a financing statement was filed with the Secretary of State of Ohio seeking to perfect the interest of Grayton Road Properties, Inc. in the membership units of Moore Road LLC held by Christopher A. Tsonton.

3. The trustee commenced legal action to avoid the perfection of the security interest which the trustee asserted was a preference and avoidable under Section 547 of the United States Bankruptcy Code. Grayton Road Properties, Inc. asserted that their perfection of their security interest also occurred by the taking of possession of the membership units.

4. The trustee disputed such assertion and instead claimed that the membership units were not securities and perfection could only occur by a filing of a financing statement with the Secretary of State of Ohio or if the membership unit expressly provided that it was intended to be a security under Ohio law.

5. While continuing to dispute the merits of the claims of the trustee, Grayton Road Properties, Inc. has nevertheless offered compromise the claims and pay to the estate the sum of $4,500 on or before the 10th day of August, 2020 and to withdraw its motion for relief from stay and abandonment of the membership units, provided the trustee, in turn, would transfer all of this right, title, and interest in and/or to said membership units to Grayton Road Properties, Inc. and dismiss the pending adversary proceeding entitled "Harold A. Corzin, Trustee, Plaintiff vs. Grayton Road Properties, Inc., Defendant" with prejudice to its refiling.

6. The trustee believes that the membership units would be difficult to market since they would be subject to cash calls and would be a minority position in an LLC. Further, the property is subject to significant real estate tax claims and its fair market value is extremely uncertain, leaving the trustee to conclude that, in light of the matters in controversy, the potential of an unfavorable outcome, and the anticipated costs associated with this litigation, and that acceptance of the settlement offer is in the best interests of the estate and its creditors.

WHEREFORE, movant prays that this court enter its order authorizing and empowering Harold A. Corzin, Chapter 7 Trustee, to accept proposal of Grayton Road Properties, Inc. as set forth above, and for such other and further relief as is just and proper.

GIBSON & MORAN LLC

/s/ Michael J. Moran
Michael J. Moran #0018869
Attorney for Harold A. Corzin, Trustee
234 Portage Trail
P.O. Box 535
Cuyahoga Falls, OH 44221
(330) 929-0507
(330) 929-6605 - Fax
mike@gibsonmoran.com

# CERTIFICATE OF SERVICE

I certify that, on June 30, 2020, a true and correct copy of this motion and notice was served:
Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List

Harold A. Corzin, Trustee, hcorzin@csu-law.com

United States Trustee

Edward A. Bailey, on behalf of The Huntington National Bank, bknotice@reimerlaw.com

William Francis Perry, on behalf of Laura Holden, info@wperrylaw.com

John A. Polinko, on behalf of Alan F. Scott, jpolinko@wickenslaw.com

Kirk W. Roessler, on behalf of Kurt and Dianne Shoemaker, kroessler@walterhav.com

Robert E. Soles, Jr., on behalf of The Mohler Lumber Company, bsoles@soleslaw.com

D. Anthony Sottile, on behalf of Fly Enterprises, bankruptcy@sottileand barile.com

Peter G. Tsarnas, on behalf of Christopher A. Tsonton, ptsarnas@gertzrosen.com

Joshua Ryan Vaughan, on behalf of Ohio Department of Taxation, jvaughan@amer-collect.com

David J. Wigham, on behalf of Modern Poured Walls, Inc., dwigham@ralaw.com

Scott R. Belhorn, UST35, scott.r.belhorn@usdoj.gov

Mark F. Craig, on behalf of Alan F. Scott, mcraig@mfcraiglaw.com

Douglas M. Eppler, on behalf of Kurt and Dianne Shoemaker, deppler@walterhav.com

Andrew M. Fowerbaugh, on behalf of Paul and Mary Steve, amfowerbaugh@sbcglobal.net

Thomas R. Houlihan, on behalf of Ohio Department of Taxation, houlihan@amer-law.com

Richard John LaCivita, on behalf of The Huntington National Bank, bknotice@reimberlaw.com

Robert W. McIntyre, on behalf of TAG Land LLC, Moore Road LLC, and Grayton Road LLC, rmcintyre@dhplaw.com

And by regular U.S. mail, postage prepaid, on all parties on the attached list.

/s/ Michael J. Moran
Michael J. Moran         (#0018869)
Attorney for Harold A. Corzin, Trustee
234 Portage Trail
P.O. Box 535
Cuyahoga Falls, OH 44221
(330) 929-0507
(330) 929-6605 - Fax
mike@gibsonmoran.com

Rose Algieri
10140 Bennington Blvd.
Middleburg Heights, OH 44130

Sal's Heating & Cooling, Inc.
11701 Royalton Road
North Royalton, OH 44133-4210

Sam Katrakazos
24410 Woodside Dr.
North Olmsted, OH 44070-2120

Schulz Properties
6811 York Road
Cleveland, OH 44130-8900

Sharon T. Cummings
3215 Helen Drive
North Royalton, OH 44133-2226

84 Lumber
34457 E. Royalton Road
Columbia Station, OH 44028-9751

84 Lumber Company
1019 Route 519
Eighty Four PA 15330-2813

ABC Supply
c/o Ross Stuart & Dawson
691 N. Squirrel Road, Suite 175
Auburn Hills, MI 48326-2865

ABC Supply co
c/o Kevin L. String Co, LPA
68 Olive St Suite 6
Chagrin Falls, OH 44022-3117

Streamline Designs
33489 Lake Road Upstairs Loft 5
Avon Lake, OH 44012-1159

Aaron and Amy Swank
17405 Hallauer Road
Wellington, OH 44090-9659

Squire Construction, Inc.
c/o BBA, LLC
20501 Katy Freeway, Suite 212
Katy, TX 77450-1942

Tesham Gor and Priti Gor
6729 Pin Tail Drive
Brecksville, OH 44141-2845

Summit Moving Ltd. dba Corlett Movers
885 East Tallmadge Avenue
Akron, OH 44310-3511

Alpha Construction
1375 Reimer Road
Wadsworth, OH 44281-9216

America Insulation
6892 W. Snowville Road Suite 106
Brecksville, OH 44141-3249

American Express
P.O. Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Paul and Mary Steve
3853 Granger Willows Drive
Medina, OH 44256-7330

Annoula Tsonton
2403 Hunters Creek Drive
Hinckley, OH 44233-9342

Anthony and Rachel Place
1005 Irving Avenue
Solon, OH 44109-3533

(p)AQUATECH PLUMBING CORPORATION
3746 BRAMBLEWOOD DR
BRUNSWICK OH 44212-2710

Aris Sanitation
117 Hall Street
Chagrin Falls, OH 44022-3110

Becco, Inc.
P.O. Box 457
Hinckley, OH 44233-0457

Borshch Construction Inc.
693 McKee Tr.
Hinckley, OH 44233-9209

Andrew R. Vara
United States Department of Justice
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Ave. E. Suite 441

Bradley Proudfoot
4996 Foote Road
Medina, OH 44256-8775

Chambers Steel Service, Inc.
P.O. Box 235
West Middlesex, PA 16159-0235

Chisholm Insurance
26106 Detroit Road, #5
Westlake, OH 44145

Christopher Homes, Inc.
2403 Hunters Creek Circle
Hinckley, OH 44233-9342

Clearview Glass
16400 Pearl Road
Strongsville, OH 44136-6092

Clement Construction Inc.
1654 West 130th Street
Brunswick, OH 44212-2322

Corlett Movers
3101 E. 55th Street
Cleveland, OH 44127-1200

Cuyahoga Valley Trucking Company
c/o Robert T. Tinl, Esq.
3695 Center Road
Brunswick, OH 44212-3698

Dan Guardo Construction, Inc.
31 E. Lods St.
Akron, OH 44304-1105

Dan Morell
Dan Morrell & Associates, LLC
200 Spectrum Office Bldg
6060 Rockside Woods
Independence, OH 44131-7303

David S. Nichol, Esq.
50 South Main Street
10th Floor
Akron, OH 44308-1849

Dean K. Hegyes, Esq.
P.O. Box 39696
Solon, OH 44139-0696

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

The Carter Jones Lumber Co.
601 Tallmdage Road
Kent, OH 44240-7331

Trademark Exteriors, LLC
c/o Eric T. Michener, Attorney
Critchfield, Critchfield & Johnston, Ltd
225 North Market Street
Wooster, OH 44691-3511

Douglas Welko
c/o John A. Lesko, Esq.
134 N. Main Street
Plymouth, MI 48170-1236

Dreem Decks
972 E. Turkeyfoot Lake Road
Akron, OH 44312-5241

ECH Construction LLC
15730 Agler Road
Garrettsville, OH 44231-9500

Emery Electric
2080 Case Parkway South
Twinsburg, OH 44087-2360

First Federal Credit Control, Inc.
24700 Chagrin Blvd., #205
Beachwood, OH 44122-5662

Robert McMullen
5930 Upland Ridge Road
Medina, OH 44256-6138

TV Trucking
19733 Lunn Road
Strongsville, OH 44149-4919

Ford Credit
PO Box 220564
Pittsburgh, PA 15257-2564

Frank P. Miller
10468 Jaquay Rd
COLUMBIA STATION, OH 44028-8618

(p)GTR SOURCE LLC
211 BOULEVARD OF AMERICAS
STE 205
LAKEWOOD NJ 08701-4688

Garrett Excavation
31403 Avon Road
Westlake, OH 44145-1718

George and Kristen Kephart
7600 Treetop Ct., Apt. B
North Royalton, OH 44133-6821

Gerbetz Contruction Ltd.
2726 Rapids Way
Akron, OH 44312-5964

Glenn Coblentz Construction Inc.
12211 William Penn Ave NE
Hartville, OH 44632-9141

Travis and Paola Rosser
c/o Michael B. Kushner, Esq.
85 Enterprise, Suite 310
Aliso Viejo, CA 92656-2504

Grant A. Mason
88 South Monroe Street
Millersburg, OH 44654-1436

Unified Construction
1920 Main Street
Akron, OH 44301-2851

Valley City Builders Supply
1323 W. River Road
Valley City, OH 44280-9316

Greg Cingle
13569 Settlement Acres Dr.
Brookpark, OH 44142

| | | |
|---|---|---|
| Gregg Gallas<br>245 E. 1st Avenue<br>Columbus, OH 43215-2190 | Gualtier<br>2952 Blue Heron Trace<br>Medina, OH 44256-6122 | Gunton Corporation<br>26150 Richmond Road<br>Bedford, OH 44146-1496 |
| Hanna Campbell & Powell<br>3737 Embassy Parkway, Suite 100<br>Akron, OH 44333-8380 | Heritage Floors<br>10139 Royalton Road, #J<br>North Royalton, OH 44133-4473 | Hoffman Metzger<br>24 Beech Street<br>Berea, OH 44017-2002 |
| Homestead Exterior Solutions, LLC<br>7386 Twp. Rd. 319<br>Millersburg, OH 44654-8710 | House of Lights<br>5818 Mayfield Road<br>Cleveland, OH 44124-2910 | Huntington National Bank<br>7575 Huntington Park Drive<br>Columbus, OH 43235-2600 |
| IC System<br>444 Highway 96 East<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | (p) INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Marissa Vallotton<br>DVC Resale Market<br>7380 West Sand Lake Road Suite 500<br>Orlando, FL 32819-5257 |
| (p) JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jason Bing, Esq.<br>6370 Mt. Pleasant St., NW<br>North Canton, OH 44720-5310 |
| Joseph M. Zeglin, Esq.<br>P.O. Box 104<br>Baltic, OH 43804-0104 | Julie Lewis<br>925 White Oak<br>Medina, OH 44256-3207 | Karas Container & Rolloff<br>18 W. Streetsboro St.<br>Hudson, OH 44236 |
| Kevin and Danielle Reidl<br>3895 Westwood Dr.<br>Medina, OH 44256-8456 | KeyBank<br>P.O. Box 89441<br>Cleveland, OH 44101-6441 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |
| William Ficyk<br>10182 Forestwood Lane<br>North Royalton, OH 44133-3370 | L.E. Miller Masonry LLC<br>11476 Laurel Oak Circle NW<br>Uniontown, OH 44685-9146 | Warren and Annamarie Tucky<br>1413 Ridgemont Trail<br>Hinckley, OH 44233-9211 |
| Leo Oblak<br>22021 Brookpark Road, #124<br>Euclid, OH 44126-3100 | ML Factors in Advance Capital<br>456A Central Avenue, Suite 128<br>Cedarhurst, NY 11516-1907 | MPW Construction Services<br>P.O. Box 598<br>Lagrange, OH 44050-0598 |
| Manaf Zaizafoun<br>2800 Walter Road<br>Westlake, OH 44145-4967 | Manny Colaco<br>3598 W. Galloway<br>Richfield, OH 44286-9355 | Margie T. Karl, Esq.<br>1100 W. Bagley Road<br>Ste 210<br>Berea, OH 44017-2953 |

Rafferty Electric Inc.
251 Portage Lakes Dr.
Akron, OH 44319-2305

Randy Strauss
300 - S Salem Dr
Vermilion, OH 44089-3286

Robert Cummings
3215 Helen Drive
North Royalton, OH 44133-2226

Matt Oravec
9329 Ravenna Road Suite E
Twinsburg, OH 44087-2457

Yellowstone Capital LLC
1 Evertrust Plaza
Jersey City, NJ 07302-3087

Michael Holden
23004 Chandlers Ln.
Unit 334
Olmsted Falls, OH 44138-3274

Ray Lindeman
171 Vista Ridge Circle
Hinckley, OH 44233-9268

PayPal Credit
PO Box 105658
Atlanta, GA 30348-5658

Millersburg Concrete
5774 Ohio 241
Millersburg, OH 44654

Millersburg Concrete Ltd.
7199 State Route 179
Lakeville OH 44638-9785

Michael Gualtier
2952 Blue Heron Trace
Medina, OH 44256-6122

Need A Door & More, LLC
4710 Landchester Road
Cleveland, OH 44109-4537

Neil W. Siegel, Esq.
24400 Chagrin Blvd., #300
Beachwood, OH 44122-5632

Nicholas Horrigan
1559 Corporate Woods Parkway
Suite 250
Uniontown, OH 44685-7822

North Star Builders
31371 Bur Oak Drive
Westlake, OH 44145-6869

(p)OHIO BUREAU OF WORKERS COMPENSATION
LAW SECTION BANKRUPTCY UNIT
P O BOX 15567
COLUMBUS OH 43215-0567

Rhodes Security
7552 St. Clair Avenue
Mentor, OH 44060-5284

Mason Structural Steel LLC
7500 Northfield Rd
Walton Hills, OH 44146-6187

Owen Wengard Jr.
16140 Shed Road
Middlefield, OH 44062-8265

P&J Sanitation
8039 Pyle South
Amherst, OH 44001

Paramount Plumbing, Inc.
8677 Wadsworth Road, Suite A
Wadsworth, OH 44281-8438

Paul J. Kray, Esq.
111 Pearl Road
Brunswick, OH 44212-1136

Randy Straus
1025 Milan Avenue
Amherst, OH 44001-1316

e Bay
2025 Hamilton Ave.
San Jose, CA 95125-5904

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-51436 |
| | ) | |
| CHRISTOPHER A. TSONTON | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) | |
| Debtor | ) | BANKRUPTCY JUDGE |
| | ) | ALAN M. KOSCHIK |
| | ) | |
| | ) | NOTICE OF MOTION FOR |
| | ) | AUTHORITY TO COMPROMISE |
| | ) | CONTROVERSY |

**Form 20A. Notice of Motion for Authority to Compromise Controversy**

Michael J. Moran, attorney for Harold A. Corzin, Trustee, has filed papers with the court for authority to compromise the controversy exiting in the above-captioned estate

<u>Your rights may be affected</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to contact one.)**

If you object to the motion, or if you want the court to consider your views,
then on or before July 21st, 2020, you or your attorney must:

File with the court a written request for hearing {or, *if the court requires a written response,* an answer, explaining your position} at:

Clerk of the U.S. Bankruptcy Court
455 Federal Building, U.S. Courthouse
2 South Main St.
Akron, OH 44308

If you mail your request/response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Michael J. Moran, Esq.
Attorney for the Trustee
234 Portage Trail, P.O. Box 535
Cuyahoga Falls, Ohio 44222

If you or your attorney do not take these steps, the court may decide that you do not oppose the motion and may enter an order granting authority.

Date <u>June 30, 2020</u>    Signature: */s/ Michael J. Moran*
                            Name     Michael J. Moran #0018869
                            Address: 234 Portage Trail, Cuyahoga Falls, OH 44221